

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-17-00358-CR

Cristian **YEPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN001641-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before May 18, 2018. Given that this extension will give appellant 120 days from the original deadline to file his brief, NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2018.

_____
Keith E. Hottle
Clerk of Court